UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:19-cv-04542-DMG (SK) | Date | June 6, 2019 |
|---|---|---|---|
| Title | Kenneth Scott Welch v. Arreola et al. | | |

| Present: The Honorable | Steve Kim, United States Magistrate Judge |
|---|---|
| Cheryl Wynn | n/a |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| None present | None present |

**Proceedings:** (IN CHAMBERS) **ORDER TO SHOW CAUSE RE: ADMINISTRATIVE EXHAUSTION**

Plaintiff, a pre-trial detainee at the West Valley Detention Center in Rancho Cucamonga, California, filed a civil rights complaint under 42 U.S.C. § 1983 based on an alleged prison assault. (ECF 1). Plaintiff admits, however, that he did not exhaust his available prison administrative remedies before filing the complaint. (*Id.* at 2). The Prison Litigation Reform Act ("PLRA") of 1995 requires that state prisoners, including pretrial detainees, seeking relief in federal court for alleged civil rights violations exhaust all available prison administrative remedies before filing a federal lawsuit. *See* 42 U.S.C. §§ 1997e(a), (h). In California, an inmate must complete three levels of formal review to exhaust a complaint. *See* 15 Cal. Code Reg. § 3084.7 (2011). An appeal is not deemed exhausted until the prisoner has completed the third level of review. *See id.* § 3084.1(b).

Therefore, Plaintiff is ORDERED TO SHOW CAUSE on or before **July 8, 2019**, why his in forma pauperis application should not be denied and this action dismissed without prejudice for failure to exhaust administrative remedies. Plaintiff may voluntarily dismiss this action using the attached form CV-9 and refile after he has administratively exhausted his claims, subject to any applicable statute of limitations. **Failure to file a timely response to this Order may result in involuntary dismissal of this action for failure to prosecute. See Fed. R. Civ. P 41(b); L.R. 41-1.**

Attachment: CV-09