JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH SCOTT WELCH,<br><br>　　　　　　Plaintiff,<br>　　v.<br>DEPUTY FNU ARREOLA, et al.,<br>　　　　　　Defendants. | CASE NO. 2:19-cv-04542-DMG (SK)<br><br>**JUDGMENT** |

　　　　Pursuant to the Order Dismissing Action for Lack of Administrative Exhaustion, **IT IS ADJUDGED** that this action is DISMISSED WITHOUT PREJUDICE.

DATED: September 9, 2019

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE